UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0500 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION FOR ENTRY OF SCHEDULING ORDER**

Defendants United States Department of Justice, et al, hereby move for entry of a scheduling order for summary judgment briefing in this matter.

1. Plaintiff Public Defender Service's (PDS) Complaint was served on the United States Attorney's Office on March 22, 2006. As this is a matter brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. 552, defendants' answer is due April 21, 2006.

2. As most FOIA cases are resolved on summary judgment, this Court has generally requested that, in lieu of a responsive pleading, the defendant agency propose a schedule for the briefing of dispositive motions.

3. Defendants' counsel has conferred with plaintiff's counsel, and the parties have agreed upon the following schedule for summary judgment briefing:

Defendants' Motion:          May 22, 2006

    Plaintiff's Opposition:       June 22, 2006[1]

    Defendants' Reply:        July 13, 2006

WHEREFORE, defendants request that the Court grant this Consent Motion for Entry of Scheduling Order. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: April 21, 2006

---

[1] Plaintiffs' counsel indicated that plaintiffs may incorporate a cross motion for summary judgment with the opposition.