UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0500 (JDB) |
| **UNITED STATES DEPARTMENT OF JUSTICE, et. al.,** | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on defendants' Consent Motion for Entry of Scheduling Order. Upon consideration of the motion it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED that, in lieu of an answer, defendants shall file a dispositive motion consistent with the following schedule:

Defendants' Motion:     May 22, 2006

Plaintiff's Opposition:    June 22, 2006

Defendants' Reply:      July 13, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE