UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, ET AL., <br><br> Defendants. | Civil Action No. 06-0500 (JDB) |

## SCHEDULING ORDER

Upon consideration of [3] defendants' consent motion for leave to forgo filing a responsive pleading and for entry of a scheduling order for dispositive motions, it is this 21st day of April, 2006, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that, in lieu of an answer, defendants shall file a dispositive motion by not later than May 22, 2006; it is further

**ORDERED** that plaintiff shall file any opposition thereto by not later than June 22, 2006; and it is further

**ORDERED** that defendants shall file any reply by not later than July 13, 2006.


                                  /s/ John D. Bates
                                      JOHN D. BATES
                                 United States District Judge

Copies to:

Timothy Patrick O'Toole
PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA
633 Indiana Avenue, NW
Washington, DC  20004
Email: to'toole@pdsdc.org

    *Counsel for plaintiff*


Peter Blumberg
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW, 10th Floor
Washington, DC  20001
Email: peter.blumberg@usdoj.gov

    *Counsel for defendants*