UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-0500 (JDB) |
| **UNITED STATES DEPARTMENT OF JUSTICE, et. al.,** ) ) ) | |
| Defendants. ) ) | |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants United States Department of Justice, et al, hereby move for a two week extension of time, through and including June 5, 2006., within which to file their summary judgment motion  Good cause exists to grant this Motion:

1. Under the scheduling order currently governing this matter, defendants' Motion for Summary Judgment is due May 22, 2006.

2. In this matter plaintiff Public Defender Service seeks, under the Freedom of Information Act, the names and federal register numbers of all inmates currently in the custody of the Bureau of Prisons pursuant to D.C. Superior Court judgment and commitment orders for certain specified sex offenses.

3. The Bureau of Prisons (BOP) is currently exploring whether there is a possible non-judicial resolution of this matter.

4. For these reasons, defendants seek a two week extension of time within which to file

their Motion for Summary Judgment, which should provide adequate time to explore whether this case may be settled. Defendants further request that the dates for oppositions and replies be adjusted accordingly, consistent with the attached proposed order

    5. Defendants' counsel has conferred with plaintiff's counsel, who has graciously given his consent to the relief requested.

    WHEREFORE, defendants request that the Court grant this Consent Motion for Extension of Time. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: May 18, 2006