UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et. al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-0500 (JDB) |

## ORDER

This matter comes before the Court on defendants' Consent Motion for Extension of Time. Upon consideration of the motion it is this ___ day of _____, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that summary judgment briefing shall be on the following schedule:

Defendants' Motion:     June 5, 2006

Plaintiff's Opposition:   July 6, 2006

Defendants' Reply:      July 27, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE