UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0500 (JDB) ) |
| **UNITED STATES DEPARTMENT OF JUSTICE, et. al.,** | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' SECOND CONSENT MOTION FOR EXTENSION OF TIME**

Defendants United States Department of Justice, et al, hereby move for a three week extension of time, through and including June 26, 2006, within which to file their summary judgment motion. Good cause exists to grant this Motion:

1. Under the scheduling order currently governing this matter, defendants' Motion for Summary Judgment is due June 5, 2006.

2. As represented in defendants' previous motion, the parties have been engaging in discussions to see if there is a possibility of a non-judicial resolution of this matter. These discussions are ongoing and have been productive to date, but the parties have yet to reach agreement on terms that might permit a final settlement of this matter.

3. After additional discussion between plaintiff's and defendants' counsel this day, the parties believe that one additional week of discussions should be sufficient for the parties to ascertain whether a settlement will be possible.

4. If a settlement cannot be reached, defendants will need approximately two additional weeks to complete their summary judgment brief and finalize the necessary declarations.

5. For these reasons, defendants seek a three week extension of time within which to file their Motion for Summary Judgment. Defendants further request that the dates for oppositions and replies be adjusted accordingly, consistent with the attached proposed order.

6. Defendants' counsel has conferred with plaintiff's counsel, who has graciously given his consent to the relief requested.

WHEREFORE, defendants request that the Court grant this Consent Motion for Extension of Time. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: June 2, 2006