UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0500 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter comes before the Court on defendants' Second Consent Motion for Extension of Time. Upon consideration of the motion it is this ___ day of _____, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that summary judgment briefing shall be on the following schedule:

Defendants' Motion:     June 26, 2006

Plaintiff's Opposition:   July 27, 2006

Defendants' Reply:      August 17, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE