UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 06-0500 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants United States Department of Justice, et al, hereby move for a two week extension of time, through and including July 10, 2006, within which to file their summary judgment motion. Good cause exists to grant this Motion:

1. Under the scheduling order currently governing this matter, defendants' Motion for Summary Judgment is due June 26, 2006.

2. Although the parties are still exploring a possible non-judicial resolution of this matter, defendant has began preparation of a motion for summary judgment in this Freedom of Information Act case.

3. Defendants need an extension of time to complete a Motion for Summary Judgment. This time is needed because lead counsel for defendant was recently asked to assist another Assistant United States Attorney with a jury trial in a Title VII case, Moore v. Billington, scheduled to begin on June 26, 2006. The parties did agree on the terms of a settlement

yesterday (June 21), however, undersigned counsel has already spent substantial time both familiarizing himself with the record and preparing for trial, and thus was unable to spend the necessary time to complete the Motion for Summary Judgment in this case, as well as meet other filing deadlines previously scheduled for the middle and latter part of June.

4. For these reasons, defendants seek a two week extension of time within which to file their Motion for Summary Judgment. Defendants further request that the dates for oppositions and replies be adjusted accordingly, consistent with the attached proposed order.

5. Defendants' counsel has conferred with plaintiff's counsel, who has graciously given his consent to the relief requested.

WHEREFORE, defendants request that the Court grant this Consent Motion for Extension of Time. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: June 22, 2006