UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-0500 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

This matter comes before the Court on defendants' Consent Motion for Extension of Time. Upon consideration of the motion it is this ___ day of _____, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that summary judgment briefing shall be on the following schedule:

Defendants' Motion:      July 10, 2006

Plaintiff's Opposition:     August 10, 2006

Defendants' Reply:       August 31, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE