UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 06-0500 (JDB) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE STIPULATION OF SETTLEMENT OF DISMISSAL**

Defendants United States Department of Justice, et al, hereby move under Rule 6 of the Federal Rules of Civil Procedure for a one week extension of the date for filing their Motion for Summary Judgment, through and including July 17, 2006. Good cause exists to grant this Motion:

1. Under the scheduling order currently governing this case, defendants' Motion for Summary Judgment is due July 10, 2006.

2. The parties have reached an agreement in principle for the settlement of this case. A brief amount of additional time is needed to finalize the terms and prepare a stipulation of settlement and dismissal.

3. For these reasons, defendants seek an extension of the dJuly 7, 2006ate for filing their summary judgment motion, through and including July 17, 2006, though it is expected that a Stipulation of Settlement and Dismissal will be filed on or before that date.

4. Defendants' counsel has conferred with plaintiff's counsel, who has graciously given his consent to the relief requested.

WHEREFORE, defendants request that the Court grant this Consent Motion for Extension of Time. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: July 7, 2006