UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE<br>     FOR THE DISTRICT OF<br>     COLUMBIA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, et. al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0500 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on defendants' Consent Motion for Extension of Time.  Upon consideration of the motion it is this ___ day of _____, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties shall either file a stipulation of settlement or dismissal or defendants shall file their dispositive motion on or before July 17, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE