FILED

JUL 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et. al., <br><br> Defendants. | Civil Action No. 06-0500 (JDB) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

The parties hereby settle and compromise the above captioned lawsuit under the terms and conditions set forth herein:

1. Within five business days following entry of this Stipulation of Settlement and Dismissal by the Court, defendant shall provide to plaintiff, by hand delivery or overnight delivery, a list (hereinafter, "the List") containing the names, federal register numbers, and facility locations of all inmates in the custody of the Bureau of Prisons pursuant to judgment and commitment orders of the District of Columbia Superior Court with the following Bureau of Prison offense codes:

   650 – DC Offense, Carnal Knowledge
   654 – DC Offense, Rape
   655 – DC Offense, Sodomy
   656 – DC Offense, Sex Offenses, Other

2. Plaintiff shall maintain the List in its offices for a period not to exceed sixty (60) calendar days, at which time PDS shall either return the List, or certify that the List has been

destroyed.

3. During the period that the List is in the possession of plaintiff, the List shall be maintained at all times in the offices of plaintiff, and shall not be copied (either electronically or by hand) however, nothing in this agreement shall prevent plaintiff from incorporating any data contained in the list into a separate document for plaintiff's internal use. When the List is not in use, plaintiff shall make reasonable efforts to secure the List.

4. Plaintiff shall also maintain a roster of all employees and/or agents of plaintiff who access or otherwise utilize the List. This roster need only be produced upon Order of the Court, if an issue of compliance with the terms of this agreement is raised by either party.

5. This Stipulation of Settlement and Dismissal represents full and complete satisfaction of any and all claims arising from the allegations set forth in the complaint filed in this lawsuit that have been, or could be, made and disposes of any and all remaining or appealable issues in this lawsuit.

6. Nothing in this Settlement Agreement shall be construed as an admission with respect to the merits of the above captioned lawsuit, or any acknowledgment by defendant that the List would be subject to release under the Freedom of Information Act, 5 U.S.C. § 552.

7. The parties hereto acknowledge that this Settlement Agreement sets forth their full and complete understanding with regard to the resolution of the above-captioned civil action and the claims raised therein. By executing this Settlement Agreement, the parties further acknowledge: that they each understand its terms; that such terms are acceptable to each; that there are no additional obligations, either written or oral, to be performed by any party beyond those set forth herein; that such terms are final and binding as to all claims that have been brought or could have been advanced on behalf of plaintiff against defendant; that the parties voluntarily enter into this

Settlement Agreement without duress, coercion or undue influence.

8. The terms of this Settlement Agreement may not be altered, amended, changed, supplemented or modified in any manner or degree except by a written instrument signed by each of the parties hereto.

9. Each party agrees to make a good faith effort to resolve any dispute arising from or regarding this settlement agreement prior to bringing it to the Court's attention. Should either party at any time believe that the other party is in breach of this settlement agreement, prior to bringing the matter to the Court's attention, that party shall notify the other party in writing of the particular section of this settlement agreement that has allegedly been breached and the action(s) that constitute the breach. The other party shall then have thirty (30) days to respond to such claims prior to the injured party's bringing the alleged breach to the attention of the Court.

10. The signatories hereto hereby warrant that they are fully authorized to sign this Settlement Agreement on behalf of themselves, if they are signing in their individual capacity, or on behalf of the entity that they represent, if they are signing on behalf of an entity.

11. Each party further represents that it has read and fully understands the content of this Settlement Agreement, that it has had the advice of legal counsel of its own choosing in considering this Settlement Agreement, that it freely and voluntarily assents to all the terms and conditions hereof, and that it signs and executes this Settlement Agreement of its own free will.

12. This action is dismissed with prejudice, with each party bearing its own fees and costs, except that the Court shall have jurisdiction to reinstate this action on motion of any party to resolve a claim of noncompliance with the terms of the Stipulation.

Respectfully Submitted,

_____  _____
TIMOTHY P. O'TOOLE, DC Bar #469800   KENNETH L. WAINSTEIN, D.C BAR #451058
Chief, Special Litigation Division   United States Attorney
Public Defender Service for the
District of Columbia   _____
633 Indiana Avenue, NW   RUDOLPH CONTRERAS, D.C. BAR #434122
Washington, DC 20004   Assistant United States Attorney
(202) 824-2523

_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W, 10th Floor
Washington, D.C. 20530
(202) 514-7157

SO ORDERED.

On this ___18th___ day of ___July___, 2006.

_____
UNITED STATES DISTRICT JUDGE